UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff

vs.

JUAN ANDRES DONATO BAUTISTA,
et al.

    Defendants.

_____/

## ORDER GRANTING MOTION REQUESTING ENTRY OF 502(d) ORDER

THIS MOTION having come before the Court on Defendant Juan Andres Donato Bautista's Motion Requesting Entry of a Rule 502(d) Order. Having reviewed the motion, and as the relief sought is unopposed by the government, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED as follows:

1. The United States Filter Team is authorized to release to the Prosecution Team and Defendants Roger Piñate and Jorge Vasquez the following Potentially Protected Materials over which Juan Andres Donato Bautista may hold a privilege or protection:

   - 32,074 items from Yahoo account deanbautista@yahoo.com, seized pursuant to a warrant. The items bear the Bates numbers BAUTISTA_YAHOO-SMU-0000000001 - BAUTISTA_YAHOO-SMU-0000106142.

   - 4,265 items from Google account deanbau109@gmail.com, seized pursuant to a warrant. The items bear the Bates numbers BAUTISTA_GOOGLE-SMU-0000000001 - BAUTISTA_GOOGLE-SMU-0000023994.

2. Pursuant to Federal Rule of Evidence 502(d), Mr. Bautista shall not be deemed to have waived attorney-client privilege or work product protection, or any other potentially applicable privilege under U.S. or Filipino law, including spousal privilege, in this case, or in any future federal or state proceeding, by failure to conduct a document-by-document review and challenge of materials designated as "Potentially Protected Materials" by the United States Filter Team as contemplated by the Discovery Protocol.

3. All objections available to Mr. Bautista based on privilege or work product protection with respect to the Potentially Protected Materials are hereby preserved for trial and any future federal or state proceedings without further action at this time by Mr. Bautista, including conducting a review of the Potentially Protected Materials.

4. Nothing in this Order precludes the government or any party from contesting the applicability of any specific claim of privilege or work production protection by Mr. Bautista in this or any future federal or state proceeding.

5. Mr. Bautista will be permitted to claw back any Potentially Protected Materials later determined in this case or other future federal or state proceeding to be privileged or protected work product.

DONE AND ORDERED in Chambers at Miami, Florida, this /8th day of April 2025.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copy:
Counsel of Record