UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

                                     CASE NO. 24-CR-20343
                                     WILLIAMS-GOODMAN

-vs-

JORGE MIGUEL VASQUEZ,

    Defendant.

_____/

**WORLDWIDE WAIVER OF EXTRADITION OR REMOVAL**

**COMES NOW,** JORGE MIGUEL VASQUEZ, by and through his undersigned attorney and hereby files this Worldwide Waiver of Extradition or Removal.

I Jorge Miguel Vasquez have been granted permission to travel from Miami, Florida to Taipei, Taiwan to participate in Rule 15 Depositions from June 16th through June 22nd 2025.

I agree to Worldwide Waiver Extradition or Removal to the Southern District of Florida from any place outside of the United States should it be the case that I am found outside of the United States and I am subject to return to

stand trial in this matter. I also agree that I will not contest any effort to return me to the United States and waive any and all proceedings that I may be entitled to, too contest extradition or removal.

I make this Worldwide Waiver of Extradition or Removal freely, voluntarily and without compulsion. No one has threatened, harm of any kind to me or any other person to cause me to make this Waiver. I have been informed by my attorney of all my rights pursuant to this Waiver. I fully understand that by waiving extradition or removal I am waiving the following rights:

    (a)    the right to issuance and service of a warrant of extradition
    (b)    the right to obtain a Writ of Habeas Corpus
    (c)    the opportunity to Petition the executive of the asylum country for relief from extradition
    (d)    any and all rights that I may have pursuant to any treaty or mutual assistance agreements
    (e)    right to contest removal
    (f)    right to contest deportation

I have also been informed and fully understand that once I sign this Worldwide Waiver of Extradition or Removal is irrevocable.

Page 2

Law Firm of Frank A. Rubino, Esq., P.A.
550 Biltmore Way, Suite 780, Coral Gables, Florida 33134, Tel: (305) 858-5300, Fax: (305) 350-2001

Dated: 5/28/25

_____
JORGE MIGUEL VASQUEZ

The foregoing instrument was acknowledged and signed before me this 28th day of May 2025 by JORGE MIGUEL VASQUEZ, who is personally known to me.



_____
VIVIAN DOMINGUEZ
Notary Public, State of Florida

Respectfully submitted,

FRANK A. RUBINO, ESQUIRE
550 Biltmore Way
Suite 780
Coral Gables, FL   33134
(305) 858-5300 telephone
(305) 350-2001 fax
Frank@frankrubino.com

(S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 28th day of May 2025.

(S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

DOC. 92

Page 4

Law Firm of Frank A. Rubino, Esq., P.A.
550 Biltmore Way, Suite 780, Coral Gables, Florida 33134, Tel: (305) 858-5300, Fax: (305) 350-2001