UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW(s)

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,
JORGE MIGUEL VASQUEZ, and
SGO CORPORATION LIMITED,
a/k/a/ "Smartmatic,"

      Defendants.

_____/

### NOTICE STRIKING DOCKET ENTRY 353

Undersigned counsel files this notice striking Docket Entry 353, Unopposed

Motion to Adopt/Join Docket Entry 352. Undersigned counsel will refile the Motion

to Adopt/Join under the appropriate case.

      Respectfully submitted,

      **MARKUS/MOSS PLLC**
      40 N.W. Third Street
      Penthouse One
      Miami, Florida 33128
      Tel: (305) 379-6667
      markuslaw.com


      *By: /s/ Lauren Field Krasnoff*
      Lauren Field Krasnoff
      Florida Bar Number 0086951
      lkrasnoff@markuslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on March 20, 2026.


/s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff