UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW(s)

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JORGE MIGUEL VASQUEZ, and
SGO CORPORATION LIMITED,
a/k/a/ "Smartmatic,"

     Defendants.

_____/

**UNOPPOSED MOTION TO JOIN AND ADOPT ROGER PIÑATE'S
MOTION TO DISMISS COUNTS 1-2 FOR FAILURE TO STATE A CLAIM
AND STRIKE FCPA SPECIFIED UNLAWFUL ACTIVITY ALLEGATIONS
FROM COUNTS 3-6 (DE 369)**

SGO Corporation Limited and Jorge Vasquez respectfully request that the Court allow them to join and adopt co-defendant Roger Piñate's Motion to Dismiss Counts 1-2 for Failure to State an Offense and Strike the FCPA Specified Unlawful Activity Allegations from Courts 3-6 (DE 369). For the same reasons articulated by Mr. Piñate in his Motion to Dismiss, SGO and Mr. Vasquez ask the Court to dismiss Counts 1-2 for failure to state an offense and strike the FCPA specified unlawful activity allegations from Counts 3-6 (DE 369).

Undersigned counsel conferred with the government, which does not oppose this motion. The government does oppose the Motion to Dismiss Counts 1-2 and Strike FCPA Specified Unlawful Activity Allegations from Counts 3-6.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com


By:  /s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff
Florida Bar Number 0086951
lkrasnoff@markuslaw.com

*Counsel for Defendant Jorge Vasquez*

**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9420 (Telephone)

By: /s/*Jenny Kramer, Esq. (pro hac vice)*
***ALSTON & BIRD LLP***
Email: Jenny.Kramer@alston.com
90 Park Avenue
New York, NY 10016
(212) 210-9420 (Telephone)

Christopher C. Marquardt
Florida Bar No. 0102466
Email: Chris.Marquardt@alston.com
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
(404) 881-7000 (Telephone)

*Counsel for SGO Corporation Limited*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on April 22, 2026.


/s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff