**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 24-cr-20343-KMW**

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**ROGER ALEJANDRO PIÑATE MARTINEZ,**
**JORGE MIGUEL VASQUEZ, and**
**SGO CORPORATION LIMITED,**
**a/k/a "Smartmatic,"**

**Defendants.**
______________________________________________/

**NOTICE OF ADOPTION AND JOINDER**

SGO Corporation Limited hereby notices the Court and counsel of its adoption and joinder of Rojer Piñate's Motion to Dismiss the Superseding Indictment as Barred by the Statute of Limitations (DE 471, the "Motion"), as that Motion relates to Counts Four, Five, and Six of the Superseding Indictment. For the same reasons articulated by Mr. Piñate in the Motion, SGO asks the Court to dismiss Counts Four, Five, and Six of the Superseding Indictment.[1]

Dated: September 1, 2026

Respectfully submitted,

**ALSTON & BIRD LLP**

s/ *Christopher C. Marquardt*
Jenny Kramer (admitted pro hac vice)
90 Park Avenue
New York, NY 10016
Phone: (212) 210-9420
Jenny.Kramer@alston.com

[1] SGO reserves all rights and this Notice neither waives any such rights nor does it suggest that SGO concedes that any conduct the Superseding Indictment ascribes to Mr. Piñate or any other individual can be imputed to SGO.

Christopher C. Marquardt
Florida Bar No. 0102466
1201 West Peachtree Street, NE
Atlanta, GA 30309-3424
Phone: (404) 881-7000
Chris.Marquardt@alston.com

*Counsel for SGO Corporation Limited*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on September 1, 2026.

*/s/ Christopher C. Marquardt*
Christopher C. Marquardt, Esq.