UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-CR-20343-KMW(s)

UNITED STATES OF AMERICA,
Plaintiff,
vs.

ROGER ALEJANDRO PIÑATE MARTINEZ,
JORGE MIGUEL VASQUEZ, and
SGO CORPORATION LIMITED,
a/k/a/ "Smartmatic,"
Defendants.
_______________________________________/

**MOTION REQUESTING STATUS CONFERENCE**

Roger Piñate and Jorge Vasquez respectfully request that the Court set a status conference before Magistrate Judge Lett related to the two referred Motions to Suppress. In furtherance of this request, Mr. Piñate and Mr. Vasquez state:

1. Roger Piñate and Jorge Vasquez each filed Motions to Suppress fruits of search warrants executed in flagrant disregard of the limitations set by the issuing Magistrate Judges. (DE 154, DE 470). The Motions present the same issues, arise from the same warrant process, and are likely to have overlapping witnesses.
2. The Court referred each Motion to Suppress to Magistrate Judge Lett for a report and recommendation. (DE 447, 487).
3. Both Mr. Piñate and Mr. Vasquez have made specific discovery requests to the government, which the defense believes is necessary prior to any argument or evidentiary hearing on the Motions to Suppress.

4. Mr. Piñate and Mr. Vasquez respectfully request that the Court set a status conference with Magistrate Judge Lett to discuss these discovery requests and future scheduling.
5. Undersigned counsel conferred with the government regarding this request. The government defers to the Court on the need for a status conference.
6. As relayed to Magistrate Judge Lett's chambers via email, the parties are all available before 2pm on October 28, 2026. Judge Lett's chambers indicated she was amenable to a status conference at 10am that morning.

WHEREFORE, Mr. Piñate and Mr. Vasquez respectfully request a status conference before Magistrate Judge Lett at 10am on October 28, 2025, to discuss discovery and scheduling related to the referred Motions to Suppress.

Respectfully submitted,

**MARKUS/MOSS PLLC**
40 N.W. Third Street
Penthouse One
Miami, Florida 33128
Tel: (305) 379-6667
markuslaw.com

/s/ *Lauren Field Krasnoff*
Lauren Field Krasnoff
Florida Bar Number 0086951
lkrasnoff@markuslaw.com