**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 24-cr-20343-KMW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ROGER ALEJANDRO PIÑATE MARTINEZ,**
**JORGE MIGUEL VASQUEZ, and**
**SGO CORPORATION LIMITED,**
**a/k/a "Smartmatic,"**

**Defendants.**
_______________________________________________/

**SGO CORPORATION LIMITED'S NOTICE OF ADOPTION AND JOINDER IN ROGER PIÑATE'S RENEWED MOTION FOR A BILL OF PARTICULARS (DE 515)**

SGO Corporation Limited (SGO) hereby notices the Court and counsel of its adoption and joinder of co-defendant Roger Piñate's Renewed Motion to for a Bill of Particulars (DE 515). For the same reasons articulated by Mr. Piñate in his Motion, SGO asks the Court to order the government to particularize its allegations, as set forth in Mr. Piñate's Motion.

Dated: October 29, 2026

Respectfully submitted,

*/s/ Christopher C. Marquardt*
Jenny Kramer, Esq. (pro hac vice)
**ALSTON & BIRD LLP**
Email: Jenny.Kramer@alston.com
90 Park Avenue
New York, NY 10016
(212) 210-9420 (Telephone)

Christopher C. Marquardt, Esq.
**ALSTON & BIRD LLP**
Florida Bar No. 0102466
Email: chris.marquardt @alston.com
1201 West Peachtree Street
Atlanta, GA 30309-3424

(404) 881-7000 (Telephone)

*Counsel for SGO Corporation Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing was filed via electronic filing using the CM/ECF system with the Clerk of Court which sent an e-mail notification of such filing to all CM/ECF participants on October 29, 2026.

*/s/ Christopher C. Marquardt*
Christopher C. Marquardt, Esq.